# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Nuchem Aber, individually and on behalf of all, Others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Unifin, Inc., Pinnacle Credit Services, LLC and John Does 1-25,<br>　　　　Defendant. | Case No. 1:20-cv-01474-RJD-JO<br><br>CIVIL ACTION |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 17, 2020

Respectfully Submitted,

　/s/Raphael Deutsch
Raphael Deutsch Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
redeutsch@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

The Clerk of the Court is directed to close this case.
So Ordered.
8/18/2020
　/S/ Raymond J. Dearie

**Certificate of Service**

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

| | |
|---|---|
| This 17th  day of August, 2020 | Respectfully Submitted, |
| | */s/ Raphael Deutsch* |
| | Raphael Deutsch |